STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSE HERNANDEZ-GARCIA,  )<br>  )<br>Defendant.  )<br>_____ ) | No. CR 11-00897-EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING DATE TO DECEMBER 10, 2012 |

## **STIPULATION**

Defendant Jose Hernandez-Garcia, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Monday, December 3, 2012, at 1:30 p.m., be continued to Monday, December 10, 2012, at 1:30 p.m.

Mr. Hernandez-Garcia has entered an open plea to one count of violating 18 U.S.C. § 1326, illegal reentry.  A sentencing hearing is presently set in this matter for December 3, 2012, and counsel for Mr. Hernandez-Garcia respectfully request a short one week continuance due to a scheduling conflict.  Accordingly, the defense respectfully request that the sentencing hearing

Stipulation and [Proposed] Order Continuing
Hearing                                                                       1

date be continued to December 10, 2012.  United States Probation Officer Aylin Raya, who has been assigned to conduct the presentence investigation, has been consulted about the requested continuance and has no objection.

Dated:  November 19, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated  November 19, 2012

_____/s/_____
ANN MARIE URSINI
Special Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Monday, December 3, 2012, at 1:30 p.m. is continued to Monday, December 10, 2012, at 1:30 p.m.

Dated:  11/20/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge